# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0005.  MULLIKIN v. THE STATE.**

On August 15, 2018, Keith Mullikin filed an emergency motion seeking an extension of time to file an application for discretionary appeal from the trial court's July 13, 2018 order revoking his probation. However, because his motion is untimely, this Court lacks jurisdiction to consider it.

To be valid, an application for discretionary appeal must be filed within 30 days after the entry of the appealable order, and this Court lacks jurisdiction to consider an untimely application. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Although a party may request an extension of time for filing a discretionary application, the motion must be made on or before the application's due date.  See Court of Appeals Rule 31 (g).

Although Mullikin initially attempted to file his emergency motion on August 7, 2018, the filing was returned for failure to include a file stamped copy of the order he was appealing and a proper certificate of service as required by Court of Appeals Rule 40 (b). Accordingly, this Court lacks jurisdiction to review this motion, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__08/16/2018_____*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*